The West Side Trust and Savings Bank of Chicago, appellee, v. Anna Wershkoff et al., defendants, on appeal of Anna Wershkoff, appellant. Gen. No. 37,214.

Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

Edelson, Edelson & Wise, for appellant. Thomas J. Carroll and Earl V. Brown, for appellee.

Mr. Justice Hebel delivered the opinion of the court.